UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MB MARINE LLC, an Alaska limited liability company, the vessel and GOLDEN EAGLE, O.N. 954681,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WIEHLE INDUSTRIES INC.,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-513<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge. On June 5, 2023, Plaintiff submitted a status report requesting that the Court continue the deadlines in its Initial Scheduling Order. *See* Dkt. No. 3 and 4. But the Local Rules prohibit parties from requesting relief in status reports. LCR 16(a). Accordingly, the Court will not rule on this request. Instead, the Court directs Plaintiff to its Initial Scheduling Order which states in relevant part: "If more time is needed [to accomplish the events listed on the Initial Scheduling Order], please contact Grant Cogswell, Courtroom Deputy, before any deadlines lapse at grant_cogswell@wawd.uscourts.gov." Dkt. No. 3 at 1.

　　　Dated this 6th day of June, 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2