UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MB MARINE, LLC, an Alaska Limited Liability Company, *In Personam*; and the GOLDEN EAGLE, Official Number 954681, her engines, machinery, components, anchors, cables, skiffs, furnishings, appliances, and any and all other appurtenances belonging thereto, in rem,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WIEHLE INDUSTRIES, INC., a Washington Corporation,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-513<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FED. R. CIV. P. 6(B) AND LCR 16(B)(6) |

The Court GRANTS the Parties' Stipulated Motion For Enlargement of Time Pursuant To Fed. R. Civ. P. 6(B) and LCR 16(B)(6). The discovery deadline of March 15, 2024 is extended through April 14, 2024, to allow additional time for parties to exchange discovery requests and responses.

Dated this 12th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jamal N. Whitehead
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO fED. R. CIV. P. 6(B) AND LCR 16(B)(6) - 1