THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MB MARINE, LLC, an Alaska limited liability company, the vessel GOLDEN EAGLE, O.N. 954681,<br><br>Plaintiffs,<br><br>v.<br><br>WIEHLE INDUSTRIES, INC.,<br><br>Defendant. | *In Admiralty*<br><br>Case No. 2:23-cv-00513-JNW<br><br>**[PROPOSED] PRETRIAL ORDER** |

Pursuant to LCR 16(h), the parties hereby submit their pretrial statement:

## JURISDICTION

This matter involves a complaint requesting removal of a maritime lien, a counterclaim for damages by defendant and a counter/counterclaim for damages by plaintiff. It is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h). Jurisdiction is properly invoked pursuant to 28 U.S.C. §1333.

## CLAIMS AND DEFENSES

The Plaintiff will pursue at trial the following claims:

   1. Plaintiff intends to pursue its claim against Defendant for removal of a maritime lien and damages arising from the need to repaint its vessel.

   2. Plaintiff intends to pursue its claim against Defendant for attorney's fees and costs.

   3. Plaintiff will further seek pre-judgment and post-judgment interest.

**[PROPOSED] PRETRIAL ORDER** - 1
Case No. 2:23-cv-00513-JNW

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

The Defendant will pursue at trial the following affirmative defenses and claims:

1. Affirmative Defense One: Scope of Contract – The scope of the contract agreed upon between Plaintiff MB Marine, LLC et al (herein "Plaintiff" or "MB Marine") and this Defendant was limited to certain stain and finish work and fair and paint work in a limited amount of time to prepare the M/Y GOLDEN EAGLE to embark upon charters in Alaska, which obligation(s) do not invoke the warranty of workmanlike performance.

2. Claim for Relief One: Breach of Contract – Plaintiff breached the oral contract between the parties by its failure to pay for services rendered.

3. Claim for Relief Two: Breach of the Implied Covenant of Good Faith and Fair Dealing – Plaintiff's conduct prevented Defendant from receiving the benefits of the oral contract between the parties, was inconsistent with the parties' reasonable expectations under the contract, and damaged Defendant.

4. Claim for Relief Three: Promissory Estoppel – In the absence of a contract, Defendant justifiably relied on Plaintiff's promise to pay for services rendered and suffered damages due to such reliance.

5. Claim for Relief Four: Quantum Meruit – In the absence of a contract, Defendant performed services for Plaintiff in good faith and reasonably expected to receive compensation for such services, of which Plaintiff accepted the benefit and subsequently refused to compensate Defendant.

6. Attorney's fees and costs.

7. Pre- and post-judgment interest.

## ADMITTED FACTS

1. During the winter of 2022 plaintiff brought its vessel GOLDEN EAGLE into the Stabbert Marine an industrial shipyard to have a new pilot house assembly constructed and

[PROPOSED] PRETRIAL ORDER - 2
Case No. 2:23-cv-00513-JNW

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

installed on the vessel. Stabbert contacted Wiehle Industries (defendant herein) and arranged for certain trim and stain work to be done on the inside of the pilot house.

2. After a visit aboard the vessel by Wiehle employees they performed the interior stain and finish work and billed $21,105.74 for the time and materials used in performing this work.

3. In addition to the interior and stain work plaintiffs requested Wiehle paint the newly installed house structure.

4. Wiehle did paint the exterior of the house structure. In total Wiehle billed $25,347.50 for the painting work on the exterior of the house structure.

5. Plaintiff declined to pay the billed amount for the interior stain work and also declined to pay for the paint work on the exterior of the house.

6. On April 20, 2022 defendants placed a maritime lien on the vessel in the amount of $46,453.24. The lien was filed on January 31, 2023.

## ISSUES OF LAW

The parties are presently unaware of any issues of law which this Court will have to resolve in deciding this matter.

## EXPERT WITNESSES

<u>On behalf of Plaintiff</u>: Ron Reisner will be called as a witness. Mr. Reisner will testify concerning the quality of the paint job on the exterior of the house as performed by Wiehle and the probable causes of the inferior quality of the paint job. Mr. Reisner will testify in accordance with his expert report.

## OTHER WITNESSES

<u>On behalf of Plaintiff</u>: Keegan McCarthy will be called as a witness. He will testify as to conversations with Wiehle about the estimate for the stain work and will further testify

[PROPOSED] PRETRIAL ORDER - 3
Case No. 2:23-cv-00513-JNW

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

concerning the quality of the paint work on the exterior of the house. Mr. McCarthy will further testify as to the cost incurred in re-doing the paint job on the exterior of the house.

<u>On behalf of Defendant</u>: Gabe Wiehle will be called as a witness. He will testify as to the oral contract between the parties, the work Defendant did on behalf of the Plaintiff, and the damages Defendant suffered due to Plaintiff's conduct.

**EXHIBITS**

As this is a bench trial, Plaintiff does not intend to present any of these exhibits in electronic format to any jurors.

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| #1 | Invoices received from Wiehle Industries | Stipulated | Stipulated | | x |
| #2 | Email to Kale regarding stain work | Stipulated | Stipulated | | x |
| #3 | Photographs of finished job on top house | Stipulated | Stipulated | | x |
| #4 | Emails between Keegan McCarthy and Wiehle Industries | Stipulated | Stipulated | | x |
| #5 | Documents regarding notification of lien to First National Bank of Alaska | Stipulated | Stipulated | | x |
| #6 | Documents regarding Notice of Lien to J. L. Holloway, LLC | Stipulated | Stipulated | | x |
| #7 | Emails from Isaak Hurst to Keegan McCarthy regarding lien | Stipulated | Stipulated | | x |
| #8 | CV for Ron Reinser | Stipulated | Disputed | MIL | x |

[PROPOSED] PRETRIAL ORDER - 4
Case No. 2:23-cv-00513-JNW

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| #9 | March 29, 2024 report from Ron Reinser | Stipulated | Disputed | MIL | x |
| #10 | Bond in Lieu of Vessel Arrest | Stipulated | Stipulated | | x |
| #11 | Receipt | Disputed | Disputed | MIL | x |

Because this is a bench trial, Defendant does not intend to present any exhibits to jurors in an electronic format.

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| #A-1 | Emails from Defendant to Plaintiff requesting payment | Stipulated | Stipulated | | x |
| #B-2 | Voicemail Gabe Wiehle left for Keegan McCarthy | Stipulated | Stipulated | | x |

The Parties' Objection Code:

| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
|---|---|
| F | Lack of foundation |
| MIL | Subject of Motion in Limine |

In the Authenticity and Admissibility columns, indicate "Stipulated" or "Disputed". If "Disputed", identify the objection in the Objection column. An objection based on a Fed. R. Evid. should reference the rule number; additional objections should be referenced by a code that the parties include with the exhibit list. The "Admitted" column is for use by the Court.

## ACTION BY THE COURT

(a) This case is scheduled for trial without a jury on September 16, 2024, at 9:00 a.m.

[PROPOSED] PRETRIAL ORDER - 5
Case No. 2:23-cv-00513-JNW

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

(b) Trial briefs and proposed findings of fact and conclusions of law have been submitted to the Court.

(c) Plaintiff's expert, Ron Reisner, may testify via Zoom under Fed. R. Civ. P. 43.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 13th day of September, 2024.

Jamal N. Whitehead
United States District Judge

Form Approved By:

HOLMES WEDDLE & BARCOTT, P.C.

Michael A. Barcott, WSBA #13317
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
*Attorneys for Plaintiff*

[PROPOSED] PRETRIAL ORDER - 6
Case No. 2:23-cv-00513-JNW

INTERNATIONAL MARITIME GROUP PLLC

By: /s/ *R. Isaak Hurst*
R. Isaak Hurst, Esq.
701 Fifth Ave; 42nd Floor
Seattle, WA 98104
Office: 206.707.8338; Cell: 206.428.3410
hurst@maritime.law

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed a copy of the foregoing document with the Court's CM/ECF system, which electronically notifies and serves via E-Service the following parties:

Michael A. Barcott
HOMES WEDDLE & BARCOTT, PC
3101 Western Avenue, Suite 500
Seattle, WA 98121
(206) 292 – 8008
mbarcott@hwb-law.com

INTERNATIONAL MARITIME GROUP | PLLC

By: /s/ /R. Isaak Hurst
R. ISAAK HURST, ESQ.
701 FIFTH AVE; 42ND FLOOR | SEATTLE, WA 98104
OFFICE: +1 (206) 707-8338 | CELL: +1 (206) 428-3410
HURST@MARITIME.LAW

Respectfully submitted,
*ATTORNEY FOR WIEHLE INDUSTRIES, INC.*

[PROPOSED] PRETRIAL ORDER - 7
Case No. 2:23-cv-00513-JNW

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289