UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MB MARINE LLC and GOLDEN EAGLE,<br><br>    Plaintiffs,<br><br> v.<br><br>WIEHLE INDUSTRIES INC.,<br><br>    Defendant. | CASE NO. 2:23-cv-513<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

Before entering its conclusions of law in this matter, the Court requests supplemental briefing on MB Marine's claim for damages. In particular, the Court requests supplemental briefing on the following:

1. In Count II of their Complaint, Plaintiffs seek a "judgment for any and all damages sustained due to the defective work performed by Wiehle in an amount yet to be determined." Dkt. No. 1 ¶ 5.1. What is the legal basis for the damages sought?

2. In Count III of their Complaint, Plaintiffs seek a "judgment that the amount charged for the stain on the woodwork was excessive and that

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 1

plaintiffs are obligated only to pay $4,000.00 for that work." Dkt. No. 1

¶ 6.1. What is the legal basis for the relief sought?

MB Marine must submit a brief addressing the questions above in the context of the evidence submitted at trial. The brief may not exceed 2,100 words and must be filed by October 30, 2024.

Wiehle's response, if any, may not exceed 2,100 words and must be filed by November 6, 2024.

Dated this 22nd day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 2